```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 11999
   JOSEPH K BENOIT
   SHANNA K BENOIT                           CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3471     SSN XXX-XX-7572

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/22/2006 and was confirmed 11/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  37.00%.

     The case was converted to chapter 7 after confirmation 09/19/2007.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID            PAID
-------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG        .00           .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE     528.70           .00         528.70
WELLS FARGO HOME MORTGAG CURRENT MORTG        .00           .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    1029.78           .00         640.59
DAIMLER CHRYSLER FINANCI SECURED VEHIC        .00           .00            .00
ALLIED INTERSTATE        NOTICE ONLY    NOT FILED           .00            .00
B-LINE LLC               UNSECURED       1976.96           .00            .00
ASPIRE VISA              UNSECURED       1886.99           .00            .00
BAKER MILLER MARKOFF & K NOTICE ONLY    NOT FILED           .00            .00
BENEFICIAL FINANCE CORP  UNSECURED      NOT FILED           .00            .00
BLATT HASENMILLER LEIBSK NOTICE ONLY    NOT FILED           .00            .00
BMG MUSIC SERVICE        UNSECURED      NOT FILED           .00            .00
CAPITAL ONE              UNSECURED       1284.00           .00            .00
CAPITAL ONE              UNSECURED        797.97           .00            .00
COMCAST                  UNSECURED      NOT FILED           .00            .00
COOK COUNTY TREASURER    SECURED              .00           .00            .00
CREDIT ONE BANK          UNSECURED      NOT FILED           .00            .00
DELL FINANCIAL SERVICES  UNSECURED      NOT FILED           .00            .00
DFS/CIT                  UNSECURED      NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI UNSECURED       7986.35           .00            .00
ENCORE RECEIVABLES       NOTICE ONLY    NOT FILED           .00            .00
PREMIER BANKCARD         UNSECURED        345.86           .00            .00
GENERAL MOTORS ACCEPTANC UNSECURED      12017.67           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED        789.60           .00            .00
IC SYSTEMS INC           UNSECURED         94.40           .00            .00
INTERNATIONAL MASTERS PU UNSECURED      NOT FILED           .00            .00
STERLING INC             SECURED NOT I    279.19           .00            .00
KOHLS                    UNSECURED      NOT FILED           .00            .00
KOHLS                    UNSECURED        549.67           .00            .00
LVNV FUNDING             UNSECURED      NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED      NOT FILED           .00            .00
MEDICAL PAYMENT DATA     NOTICE ONLY    NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 11999 JOSEPH K BENOIT & SHANNA K BENOIT
```

```
NICOR GAS                   UNSECURED        NOT FILED            .00            .00
PENTAGROUP FINANCIAL        UNSECURED        NOT FILED            .00            .00
READERS DIGEST              UNSECURED        NOT FILED            .00            .00
SBC/AMERITECH               UNSECURED        NOT FILED            .00            .00
SPRINT-NEXTEL CORP          UNSECURED          706.98             .00            .00
VAN RU CREDIT CORP          NOTICE ONLY      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC    UNSECURED         1578.79             .00            .00
ILLINOIS STATE DISBURSEM    NOTICE ONLY      NOT FILED            .00            .00
KATIE CLANCY                NOTICE ONLY      NOT FILED            .00            .00
B-LINE LLC                  UNSECURED         2853.16             .00            .00
ROUNDUP FUNDING LLC         UNSECURED         3297.09             .00            .00
ROUNDUP FUNDING LLC         UNSECURED          724.72             .00            .00
WELLS FARGO BANK            NOTICE ONLY      NOT FILED            .00            .00
ILL DEPT HEALTH & FAM SE    PRIORITY          4289.35             .00            .00
JOHN C DENT                 DEBTOR ATTY      2,944.50                       2,944.50
TOM VAUGHN                  TRUSTEE                                           248.67
DEBTOR REFUND               REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                4,362.46

PRIORITY                                          .00
SECURED                                      1,169.29
UNSECURED                                         .00
ADMINISTRATIVE                               2,944.50
TRUSTEE COMPENSATION                           248.67
DEBTOR REFUND                                     .00
                       ---------------     ---------------
TOTALS                 4,362.46              4,362.46
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 12/27/07         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 06 B 11999 JOSEPH K BENOIT & SHANNA K BENOIT